# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ROBIN G. THORNTON, *on behalf of*
*herself and others similarly situated*,

      Plaintiff,

      v.   No. 1:20-cv-105-KWR-SMV

TYSON FOODS, INC.; CARGILL MEAT
SOLUTIONS CORP.; JBS USA FOOD COMPANY; and
NATIONAL BEEF PACKING COMPANY, LLC,

      Defendants.

### CONSOLIDATED WITH:

MICHAEL LUCERO, *on behalf of*
*himself and others similarly situated*,

      Plaintiff,

      v.   No. 1:20-cv-106-KWR-SMV

TYSON FOODS, INC.; CARGILL MEAT
SOLUTIONS CORP.; JBS USA FOOD COMPANY; and
NATIONAL BEEF PACKING COMPANY, LLC,

      Defendants.

### JUDGMENT

      Pursuant to Fed. R. Civ. P. 58, and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

      **IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED WITH PREJUDICE.**

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE